UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60903-CIV-COHN

ELIZABETH FYE,

    Plaintiff,

v.

BROADSPIRE SERVICES, INC.,

    Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court on counsel Nikki Odom's and Peter Petrakis' Applications to Appear *Pro Hac Vice* (DE 19 & 20).  Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED.  Nikki Odom, Esquire, and Peter Petrakis, Esquire, are hereby permitted to enter limited appearances for purposes of representing the defendant **Broadspire Services, Inc.** in this cause; Kevin Smith, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 25th day of September, 2007.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

John Tucker, Esq. (P)
Kevin Smith, Esq. (D and Local Counsel for Odom and Petrakis)
Nikki Odom, Esq. (D)
Peter Petrakis, Esq. (D)

Ms. Catherine Wade (MIA)
   Executive Service Administrator